904 F.2d 695
 Harkovich (John)
v.
Keene Corporation, Raymark Industries, Inc., Celotex Corp.,
Eagle-Picher Ind., Inc., Flintkote Co., GAF Corp., National
Gypsum Co., Owens-Corning Fiberglas Corp., Owens-Illinois,
Inc., Pfizer, Inc., Quigley Co., Inc., Turner & Newall,
Ltd., U.S. Gypsum Co., W.R. Grace Co., Inc.
 NO. 89-5918
 United States Court of Appeals,
Third Circuit.
 MAY 02, 1990
 
 Appeal From: M.D.Pa.,
 Conaboy, J.
 
 
 1
 AFFIRMED.